# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145058

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LAURIE SIEGRIST,
            Plaintiff-Appellee,

v

INGHAM COUNTY SHERIFF, MATTHEW
MYERS, and ALLAN SPYKE,
            Defendants-Appellants,

and

INGHAM COUNTY SHERIFF DEPARTMENT,
RICK MILLER, ROY HOLLIDAY, AND
JEFFREY JOY,
            Defendants.

_____/

SC: 145058
COA: 305709
Ingham: 08-000566-CD

     On order of the Court, the application for leave to appeal the March 23, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

p0716